# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-8005**  **September Term, 2007**

07cv01317

In re: Timothy Doyle Young,
  Petitioner

Filed On: NOV 27 2007 [UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT FILED / CLERK stamp]

**BEFORE:** Sentelle, Randolph, and Brown, Circuit Judges

### ORDER

Upon consideration of the motion for leave to file an interlocutory appeal and the supplements thereto; the motion for appointment of counsel and the supplement thereto; and the motion for a three-judge panel, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for leave to file an interlocutory appeal be denied. Petitioner has not demonstrated that the district court's orders filed August 22, 2007, and October 24, 2007, are subject to immediate appeal. See 28 U.S.C. §§ 1291, 1292. It is

**FURTHER ORDERED** that the motion for a three-judge panel be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no appeal has been allowed, no mandate will issue.

**Per Curiam**