UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **TIMOTHY DOYLE YOUNG,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1317 |
| ) | |
| **U.S. DEP'T OF JUSTICE** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER DISMISSING ACTION

It is hereby

ORDERED that this civil action is DISMISSED without prejudice for plaintiff's failure to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915. *See* Order, Oct. 24, 2007.

SO ORDERED.

Date: 5/9/08

/s/ Paul L. Friedman
United States District Judge

