# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5191**                               **September Term 2007**

1:07-cv-01317-UNA

Filed On: June 27, 2008 [1124303]

Timothy Doyle Young,

     Appellant

     v.

Department of Justice and Bureau of
Prisons,

     Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of Appellant's motion for leave to proceed on appeal in forma pauperis filed on July 24, 2007.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

               BY:    /s/
                       Heather T. Stockslager
                       Deputy Clerk